# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-CV-1075

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

**vs.**

**Tobacco & Cigarettes Discount Inc and Abdel Jubeh**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **ABDEL JUBEH**

PERSON SERVED: **JAMNA KASSEM, SPOUSE**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. I also mailed a copy in a sealed envelope with the postage fully prepaid addressed to the defendant on **4/6/2020**.

DATE & TIME OF DELIVERY: **04/05/2020 at 12:25 PM**

ADDRESS, CITY AND STATE: **7849 167TH ST, TINLEY PARK, IL 60477**

DESCRIPTION: **Middle Eastern, Female, 40, 5'4", 140 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

Chris Adlington, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2020.

NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **17-0339**

Tracking #: **433291**