# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-CV-1075

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

vs.

**Tobacco & Cigarettes Discount Inc and Abdel Jubeh**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

PARTY SERVED: **TOBACCO & CIGARETTES DISCOUNT INC**

PERSON SERVED: **MOHAMMAD OMAR, MANAGER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **04/22/2020 at 4:35 PM**

ADDRESS, CITY AND STATE: **11925 WESTERN AVE, BLUE ISLAND, IL 60406**

DESCRIPTION: **Middle Eastern, Male, 30, 5'08", 165 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_

Donald Eskra, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 23rd day of April, 2020.

_[signature: Joan C. Harenberg]_

NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0339**

Tracking #: **433282**