## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC, et al.,

Plaintiff(s),

v.

Tobacco & Cigarettes Discount Inc., et al.,

Defendant(s).

Case No. 20 C 1075
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: judgment is entered in favor of plaintiffs Republic Technologies (NA), LLC and Sream, Inc. and against the defendants Tobacco & Cigarettes Discount, Inc. and Abdel Jubeh in the total amount of $30,546.20.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for default judgment.


Date: 9/14/2020                    Thomas G. Bruton, Clerk of Court

                                   /s/ Ruth O'Shea, Deputy Clerk